NUMBER 13-00-337-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




MARVELLE BECKEMEIER, Appellant, 



v.





MANUEL SALVADOR GARCIA, Appellee. 

____________________________________________________________________




On
appeal from the County Court at Law No. One 

of
Hidalgo
 County, Texas.

____________________________________________________________________




O P I N I O N

Before Justices Hinojosa, Yañez, and Chavez

Opinion Per
Curiam 



Appellant, MARVELLE BECKEMEIER, perfected an appeal from a
judgment entered by the County Court at Law No. One of Hidalgo County, Texas, in cause
number CL-32,708-A. After the record was filed, the
parties filed an agreed motion to dismiss the appeal. In the motion, the parties
state that this case has been resolved and appellant no longer wishes to
prosecute this appeal. The parties request that this Court dismiss the appeal. 

The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The
agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 5th day of October, 2000.